## Exhibit A to the Complaint

**Location:** La Mirada, CA  **IP Address:** 172.90.47.149
**Total Works Infringed:** 35  **ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | AC4A736284D98B991258F30A5A24C3C779CC46EA | 12/07/2025 05:26:03 | Blacked | 11/29/2025 | 12/09/2025 | PA0002556448 |
| 2 | 36458DA1545C287DED12D4AB98F453480A601893 | 12/07/2025 04:24:52 | Tushy | 11/30/2025 | 12/09/2025 | PA0002556427 |
| 3 | 9800279068708B7AA9DCBA231C7B19883F8673CA | 12/07/2025 04:23:10 | Vixen | 11/28/2025 | 12/09/2025 | PA0002556533 |
| 4 | D1B1ABC3078E0696F16456AD43C611E9FB910BF7 | 11/28/2025 07:12:56 | Blacked Raw | 11/22/2025 | 11/26/2025 | PA0002554947 |
| 5 | 7A172964501176470FE983A6ACBF25A9BF3BC07B | 11/28/2025 07:10:26 | Wifey | 11/22/2025 | 11/26/2025 | PA0002554942 |
| 6 | 928563C9AD840C9B4E643617450CD422CF8FDEA5 | 11/28/2025 07:09:39 | Blacked | 11/24/2025 | 11/26/2025 | PA0002554932 |
| 7 | D90F996466DE7D66C73BE3F3E058CD0A16E3C2F0 | 11/01/2025 05:18:24 | Blacked Raw | 10/28/2025 | 11/14/2025 | PA0002553529 |
| 8 | 15b5a2c073d5abd7d023b690a902d39b64c0a830 | 10/14/2024 11:09:12 | Vixen | 05/26/2023 | 06/09/2023 | PA0002415392 |
| 9 | 048e72bf7f5aaeb784bea22eabc1336d1ac0ce37 | 10/13/2024 06:24:50 | TushyRaw | 11/08/2023 | 11/14/2023 | PA0002439690 |
| 10 | 1e4754ba2a9a007856616536bcac20277ce87c4e | 10/13/2024 00:15:45 | Blacked | 05/21/2022 | 06/27/2022 | PA0002354986 |
| 11 | c22de437704cd04ab8c9f4c385eaad12af6f13b8 | 09/29/2024 09:05:21 | Blacked | 08/11/2024 | 08/14/2024 | PA0002484821 |
| 12 | 27666f7102079e9ba7462823a45e5866045f603a | 09/27/2024 05:57:02 | Vixen | 08/19/2021 | 10/05/2021 | PA0002315294 |
| 13 | 575f38be09388e3109582aecaf0abdaa7715467d | 08/31/2024 09:48:43 | TushyRaw | 06/18/2024 | 07/15/2024 | PA0002480612 |
| 14 | dc6dd661c008c7de061bcd25ad02a7818f6349b9 | 08/28/2024 04:04:07 | Vixen | 03/15/2024 | 04/12/2024 | PA0002465377 |
| 15 | 60589ecffd30320a5c7b902df5093abbce87c1e5 | 08/20/2024 04:41:43 | Blacked Raw | 05/24/2023 | 06/09/2023 | PA0002415389 |
| 16 | 00380277d425b56c7accb3716ddc3866db65b5ee | 08/05/2024 00:57:45 | Blacked | 11/21/2019 | 12/09/2019 | PA0002216266 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 081eb654f6979f685eb3268d573f6dc9139a21db | 08/04/2024 03:43:32 | Blacked Raw | 02/26/2020 | 04/17/2020 | PA0002252443 |
| 18 | bbc203aa24eabc9833effe6a29ca8db8c6336e49 | 08/02/2024 02:17:45 | Blacked Raw | 08/10/2019 | 09/11/2019 | PA0002199990 |
| 19 | ff7a248cb1917fe0b640df3baf9478ee988c020e | 06/28/2024 10:29:09 | Blacked | 10/09/2021 | 10/19/2021 | PA0002317059 |
| 20 | 0fcf9ec8d1cc9dba65cc496092f358d2276843f1 | 05/27/2024 03:21:01 | Blacked | 03/10/2020 | 04/15/2020 | PA0002246103 |
| 21 | 78e541d82a934fdca94664352181ddc437c267bd | 05/26/2024 23:54:32 | Vixen | 07/08/2019 | 09/10/2019 | PA0002199411 |
| 22 | 8ae69c3290cd2fb320754ff6057126700cd5e93d | 05/26/2024 09:44:08 | Vixen | 08/12/2022 | 08/30/2022 | PA0002367721 |
| 23 | e480f6fc4f93982d07b305510eb73a2867b3acd5 | 05/26/2024 08:47:17 | Vixen | 05/20/2022 | 06/27/2022 | PA0002354985 |
| 24 | 7efa764716b582976cb83fae73fdb81fae4acfb1 | 05/25/2024 11:44:12 | Vixen | 07/10/2020 | 07/20/2020 | PA0002248961 |
| 25 | 3e936b3614ade9cabf0b9621af62bb14d4bd19e3 | 05/11/2024 04:30:58 | Slayed | 04/26/2022 | 06/09/2022 | PA0002361665 |
| 26 | 0da1089572036c23a242e9fba06b2f5b05b68905 | 05/07/2024 09:35:18 | Tushy | 10/22/2023 | 12/05/2023 | PA0002443588 |
| 27 | d5736d113fa7240196ef6066c1c91a818c602eca | 04/15/2024 00:16:05 | Blacked | 08/08/2019 | 09/17/2019 | PA0002216217 |
| 28 | 1b26c4a7d2a8a3c59a83b9055b6f01b5ece54d1a | 03/15/2024 06:52:38 | Tushy | 02/19/2023 | 03/06/2023 | PA0002399999 |
| 29 | 2e7052a6d24b8b6889ba53bcc7c96e430079c103 | 03/13/2024 23:54:58 | Blacked | 09/07/2019 | 09/25/2019 | PA0002203158 |
| 30 | cb4e9c84e6158e15c0ed1417712f99af8416d1af | 03/12/2024 07:35:43 | Blacked | 01/30/2020 | 02/20/2020 | PA0002237624 |
| 31 | c41e9917df01d65397d42a79e388fa0b4e5ac08a | 03/10/2024 09:47:19 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 32 | 0ed68e498149e0f9802d81b4c03685719da8d8be | 12/02/2023 07:11:48 | Blacked Raw | 04/24/2023 | 05/14/2023 | PA0002411259 |
| 33 | 254e224504aa1006da6b2392e0abd25418b36b80 | 11/30/2023 20:25:26 | Vixen | 12/04/2020 | 01/04/2021 | PA0002277036 |
| 34 | 75f06c2c3b4d1d0d9bf60a6be4badf9cfd2b57a2 | 05/06/2023 14:35:58 | Blacked Raw | 05/02/2022 | 05/20/2022 | PA0002350372 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 14227c81c61e71b0473473b350a077cf6dfb1fde | 04/06/2023 10:27:39 | Blacked Raw | 01/02/2020 | 02/04/2020 | PA0002225581 |