| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Lincoln D. Bandlow, Esq. (CA #170449)<br>Lincoln@BandlowLaw.com<br>Law Offices of Lincoln Bandlow, PC<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA  90067<br>Phone: (310) 556-9680<br>Fax: (310) 861-5550 | **CLEAR FORM** |
| ATTORNEY(S) FOR:  Plaintiff, Strike 3 Holdings, LLC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC<br><br>Plaintiff(s),<br>v.<br>JOHN DOE subscriber assigned IP address 172.90.47.149<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Strike 3 Holdings, LLC or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Strike 3 Holdings, LLC | Plaintiff / Financial Interest |
| General Media Systems, LLC | Owner of Plaintiff / Financial Interest |
| John Doe | Defendant / Financial Interest |

| | |
|---|---|
| 1/22/2026 | /s/ Lincoln D. Bandlow |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Strike 3 Holdings, LLC