Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorneys for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>               Plaintiff,<br><br>vs.<br><br>JOHN DOE, subscriber assigned IP address 172.90.47.149,<br><br>               Defendant. | Case No.: 2:26-cv-00648-TJH-SP<br><br>**NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**<br><br>Hearing:<br>Date:  May 11, 2026<br>Time: UNDER SUBMISSION<br>Place: Courtroom #9B<br>Judge: Hon. Terry J. Hatter |

PLEASE TAKE NOTICE that on May 11, 2026 before the Honorable Terry J. Hatter, Plaintiff Strike 3 Holdings, LLC will and hereby does move for an Order granting an extension of time within which to effectuate service of process in this matter, pursuant to Federal Rule of Civil Procedure 4(m).

PLEASE TAKE FURTHER NOTICE that a proposed form of order is also submitted herewith for the Court's consideration.

Because Plaintiff does not yet know the identity of the Defendant in this action nor has any attorney appeared on behalf of the Defendant, the conference of

1

counsel prior to filing a motion required by Central District Local Rule 7-3 could not be conducted.

Dated: April 13, 2026                    Respectfully submitted,


                                   By: /s/ *Lincoln D. Bandlow*
                                   Lincoln D. Bandlow, Esq.
                                   **Law Offices of Lincoln Bandlow, P.C.**
                                   Attorney for Plaintiff
                                   Strike 3 Holdings, LLC


## **CERTIFICATE OF SERVICE**

   I hereby certify that on April 13, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.


                                   By:  /s/ *Marina Bandlow*
                                        Marina Bandlow

2