Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 172.90.47.149,<br><br>            Defendant. | Case No.: 2:26-cv-00648-TJH-SP<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |

1

Memorandum of Points and Authorities in Support of Plaintiff's Motion
for Extension of Time Within Which to Effectuate Service on John Doe Defendant
Case No. 2:26-cv-00648-TJH-SP

## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), respectfully makes this motion for entry of an order extending the time within which to effectuate service on John Doe Defendant.

**I.      Facts**

This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").  On February 13, 2026, Plaintiff was granted leave to serve a third-party subpoena on Defendant's ISP to obtain the Defendant's identifying information.  Plaintiff issued the subpoena on or about March 3, 2026 and, in accordance with the time allowances provided to both the ISP and the Defendant, expects to receive the ISP's response on or about May 4, 2026.

Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effectuate service on the Defendant no later than April 22, 2026.  Because the ISP is not expected to respond until May 4, 2026 and Defendant's identity remains unknown to Plaintiff, Plaintiff is unable to comply with the current service deadline.

**II.     Argument**

Plaintiff respectfully requests that the time within which it has to effect service of the summons and Complaint on Defendant be extended sixty (60) days from May 4, 2026 (the date Plaintiff expects to receive the ISP response), and thus the deadline to effect service be extended to July 3, 2026.  This extension should allow Plaintiff time to receive the ISP response, conduct a further investigation to assist in determining whether the individual identified by the ISP is the appropriate defendant for this action, and if a good faith basis continues to exist, to proceed against that individual (or someone else), to amend the Complaint, file

Memorandum of Points and Authorities in Support of Plaintiff's Motion
for Extension of Time Within Which to Effectuate Service on John Doe Defendant
Case No. 2:26-cv-00648-TJH-SP

a redacted version of the amended complaint, file a motion to be allowed to file unredacted versions of the amended complaint, summons, and return of service under seal to protect defendant's potential privacy interests, and place the summons and Amended Complaint with the process server to attempt service of process on the Defendant.

This motion is made in good faith and not for the purpose of undue delay. This is Plaintiff's first request for an extension. None of the parties will be prejudiced by the granting of this extension.

## II. Conclusion

Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until July 3, 2026. A proposed order is concurrently-filed with this Motion.

Dated: April 13, 2026                                Respectfully submitted,


By: /s/ *Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.
**Law Offices of Lincoln Bandlow, PC**
Attorney for Plaintiff
Strike 3 Holdings, LLC

Memorandum of Points and Authorities in Support of Plaintiff's Motion
for Extension of Time Within Which to Effectuate Service on John Doe Defendant
Case No. 2:26-cv-00648-TJH-SP