# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 172.90.47.149,<br><br>Defendant. | Case No.: 2:26-cv-00648-TJH-SP<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |

THIS CAUSE came before the Court upon Plaintiff's motion for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's motion is granted.  Plaintiff shall have until July 3, 2026 to effectuate service of a summons and Complaint on Defendant.

**DONE AND ORDERED**.

Dated: _____        By: _____
                                       **United States District Judge**
                                       Hon. Terry J. Hatter, Jr.