### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

Strike 3 Holdings, LLC ,

**PLAINTIFF(S)**

V.

John Doe subscriber assigned IP address 172.90.47.149,

**DEFENDANT(S).**

**CASE NUMBER**

2:26-cv-00648-TJH-SP

**ORDER TRANSFERRING CIVIL ACTION**

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, IT IS HEREBY ORDERED that the above-entitled civil action be transferred to the calendar of Judge _____ Consuelo B. Marshall _____ for all further proceedings.

| | |
|---|---|
| April 23, 2026 <br> Date | United States District Judge |
| April 23, 2026 <br> Date | United States District Judge |

### NOTICE TO COUNSEL FROM CLERK

On all documents subsequently filed in this case, please substitute the initials _____ CBM _____ after the case number, so that the case number will read _____ 2:26-cv-00648-CBM-SP _____ . This is very important because documents are routed to the assigned judge by means of these initials.

cc:  ☐ *Previous Judge*    ☐ *Statistics Clerk*

CV-29 (06/23)                    ORDER TRANSFERRING CIVIL ACTION